JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESKA, INC.; *et al.*<br><br>Defendants. | Case No.: 2:17-cv-00831-AB (SKx)<br>*Hon. Andre Birotte Jr. Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.
3. The Pretrial Conference and Jury Trial dates are vacated.

SO STIPULATED.

Date: April 26, 2018          By: _____
                              HON. ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE